■ EDITH GIORGI, Respondent, v. HENRY GIORGI, Appellant.— Appeal from an order of the Domestic Relations Court of the City of New York, Family Court Division, Queens County, directing appellant to pay $100 a week for the support of his wife, the respondent herein, and their infant child. Order unanimously affirmed, without costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.